

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

Nos. 04-13-00242-CR & 04-13-00243-CR

James Michael **CHIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR5328 & 2011CR7140
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The Appellant's Motions are hereby Denied without prejudice to requesting relief from the Texas Court of Criminal Appeals.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court